UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-                                                      CASE NO: 8:25-MJ-0015

JULIO DIAZ-MARTINEZ,
                     Defendant.

---

      Notice is hereby given that the above-named Defendant hereby appeals to the United States District Court from the Detention Order by U.S. Magistrate Judge Gary L. Favro filed on January 28, 2025. (Dkt. No. 4.)

DATED: January 31, 2025                            Respectfully submitted,

                                                                  LISA A. PEEBLES
                                                                    Federal Public Defender

                                        By:    Courtenay K. McKeon, Esq.
                                                     Assistant Federal Public Defender
                                                     Bar Roll No. 515841
                                                     Clinton Exchange, 3rd Floor
                                                     4 Clinton Square
                                                     Syracuse, New York  13202
                                                     (315) 701-0080

cc:    Troy Anderson, AUSA (by ECF ); Julio Diaz-Martinez (by mail)

1