# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State St.
3RD FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

February 21, 2025

Hon. Glenn T. Suddaby
United States District Court Judge
100 S. Clinton Street
Syracuse, NY 13202

        **RE:**    **United States v. Julio Diaz-Martinez**
                 **Case No.: 8:25-MJ-00015**

Dear Judge Suddaby:

On January 31, 2025, the Defendant Julio Diaz-Martinez filed a Notice of Appeal of the Order of Detention issued by the Honorable Judge Gary L. Favro, United States Magistrate Judge, on January 28, 2025. *See* Dkt. Nos. 4 & 7.

After discussing the matter further with Mr. Diaz-Martinez, the Defense requests permission to withdraw the appeal at this time.

Respectfully,

/s/ Gabriela E. Wolfe
**Gabriela E. Wolfe, Esq.**
*Assistant Federal Public Defender*
Northern District of New York
4 South Clinton Street
Syracuse, New York 13202
(315) 385-8966
gabriela_wolfe@fd.org

